| | |
|---|---|
| 1 | ADAM PAUL LAXALT |
| |    Nevada Attorney General |
| 2 | ERIN L. ALBRIGHT #9953 |
| |    Deputy Attorney General |
| 3 | State of Nevada |
| | Bureau of Litigation |
| 4 | Public Safety Division |
| | 100 No. Carson St. |
| 5 | Carson City, NV  89701-4717 |
| | Tel: 775-684-1257 |
| 6 | E-Mail: *ealbright@ag.nv.gov* |

*Attorneys for Defendants Romeo Aranas, Isidro Baca,
Dwayne Baze, Robert Bannister, Barbara Cegavske,
Travis Bennett, Stephen Daniels, James Dzurenda,
Travis Fratis, Aaron Harroun, Daniel Henson,
Christopher Jones, Adam Laxalt, Valaree Olivas,
Brian Sandoval, Robert Schofield, Holly Skulstad,
Ronald Waldo, Vernon White, and
State of Nevada ex rel. Board of Prison Commissioners*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROY TROST aka DAISY MEADOWS,<br><br>                      Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>                      Defendants. | Case No.  3:14-cv-00611-MMD-WGC<br><br>**STIPULATION AND ORDER TO ENLARGE THE TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION AND FOR ATTORNEY'S FEES AND COSTS (ECF NO. 166) (SECOND REQUEST)** |

      Defendants, Romeo Aranas, Isidro Baca, Dwayne Baze, Robert Bannister, Barbara Cegavske, Travis Bennett, Stephen Daniels, James Dzurenda, Travis Fratis, Aaron Harroun, Daniel Henson, Christopher Jones, Adam Laxalt, Valaree Olivas, Brian Sandoval, Robert Schofield, Holly Skulstad, Ronald Waldo, Vernon White and State of Nevada ex rel. Board of Prison Commissioners (collectively, the "Defendants") by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Erin L. Albright, Deputy Attorney General, and Plaintiff, Roy Trost aka Daisy Meadows, by and through counsel, Margaret A. McLetchie, Esq., hereby stipulate to enlarge the time for Defendants to respond to Plaintiff's Motion to Compel Responses to Requests for Production and For Attorney's Fees and Costs (ECF No. 166) to December 8, 2017.  The extension is sought because the parties will be discussing the motion to compel on November 30, 2017 in an attempt to resolve the outstanding discovery issues

1

presented in Plaintiff's motion. Due to the fact that the parties are attempting to address the outstanding discovery issues, the parties have agreed to further extend the date the time for Defendants to respond to Plaintiff's motion to compel (ECF No. 166).

DATED this 30th day of November 2017.

MCLETCHIE SHELL LLC

By: /s/ Margaret A. McLetchie
Margaret A. McLetchie, SBN 10931
701 E. Bridger Ave., Suite 520
Las Vegas, NV 89101
(702) 728-5300
maggie@nvlitigation.com
Attorney for Plaintiff
Roy Trost aka Daisy Meadows

DATED this 30th day of November 2017.

OFFICE OF THE ATTORNEY GENERAL

By: _____
Erin L. Albright, SBN 9953
100 N. Carson Street
Carson City, NV 89701
(775) 684-1257
ealbright@ag.nv.gov
Attorneys for Defendants

**ORDER**

This matter comes before the Court on the parties' Stipulation to Extend the Time for Defendants to Respond to Plaintiff's Motion to Compel Responses and Requests for Production and for Attorney's Fees and Costs (ECF No. 166). The Court has examined the Stipulation as agreed by the parties to this stipulation and good cause having been shown,

IT IS THEREFORE ORDERED that Defendants are granted until December 8, 2017 to respond to Plaintiff's Motion to Compel Responses and Requests for Production and for Attorney's Fees and Costs (ECF No. 166).

DATED: December l, 2017.

_____
UNITED STATES MAGISTRATE JUDGE