AARON D. FORD
  Attorney General
FRANK A. TODDRE II (Bar No. 11474)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Telephone: (702) 486-3149
Facsimile:  (702) 486-3773
E-Mail: ftoddre@ag.nv.gov
*Attorneys for Defendants Romeo Aranas, Isidro Baca,
Dwayne Baze, Robert Bannister, Barbara Cegavske,
Travis Bennett, Stephen Daniels, James Dzurenda,
Travis Fratis, Aaron Harroun, Daniel Henson,
Christopher Jones, Adam Laxalt, Valaree Olivas,
Brian Sandoval, Robert Schofield, Holly Skulstad,
Ronald Waldo, Corrections Officer White and
State of Nevada ex rel. Board of Prison Commissioners*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROY TROST aka DAISY MEADOWS,<br><br>      Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, ex rel., BOARD OF PRISON COMMISSIONERS; BRIAN SANDOVAL, In his official capacity; ADAM LAXALT, in his official capacity; BARBARA CEGAVSKE, in her official capacity; JAMES DZURENDA, in his official capacity; ISIDRO BACA in his individual capacity; ROBERT BANNISTER, in his individual and official capacity; REMO ARANAS, in his individual and official capacities; ROBERT SCHOFIELD, in his individual capacity; STEPHEN DANIELS, in his individual capacity; VALAREE OLIVAS, in her individual Capacity; DWAYNE BAZE in his individual and official capacities; RONALD RALDO in his individual and official capacities; CHRISTOPHER JONES in his individual capacity; CORRECTIONS OFFICER WHITE in his individual capacity; DANIEL HENSON, in his individual capacity; TRAVIS BENNETT in his individual capacity; AARON HARROUN, in his individual capacity; TRAVIS FRATIS, in his individual capacity; and HOLLY SKULSTAD, in her individual capacity;<br><br>      Defendants. | Case No.  3:14-cv-00611-MMD-WGC<br><br>**STIPULATION AND ORDER FOR 45-DAY STAY FOR SETTLEMENT NEGOTIATIONS** |

The parties to this action, by their respective counsel, having agreed to the following, and for good cause shown, hereby stipulate and agree to stay this case for forty-five (45) days for settlement negotiations. The parties have agreed to the general terms of settlement.

To that end, the parties have exchanged the first draft of the settlement documents and are in negotiations over the wording and execution of certain non-monetary terms, given the interstate nature of Plaintiff's housing and evolving medical and legal stances in regards to the central issues of the case, and the format of certain clauses to ensure an enforceable contract.

The stay period will commence the day following the entry of this Court's order in this regard. The parties further stipulate that, in the event that they are unable to negotiate a resolution to this litigation, the parties will submit a revised scheduling order, accounting for a 45-day extension of time and the time spent negotiating the settlement. The parties have agreed to the primary and material terms of settlement.

This Request for stay is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of facilitating settlement. The parties recognize and submit that they are cognizant of the age of this case and Magistrate Judge Cobb's admonishments regarding the same at the previous case conference.

Moreover, a stay is necessary because counsel for Plaintiff has been in an ongoing, multi-week preliminary injunction hearing in Eighth Judicial District Court for *Serenity Wellness Center, LLC, et al. v. State of Nevada Department of Taxation* (Case No. A-19-786962-B), *MM Development Company, Inc., et al. v. State of Nevada, Department of Taxation* (Case No. A-18-785818-W), and *ETW Management Group LLC v. Nevada Dept of Taxation* (Case No. A-19-787004-B) which began on May 24, 2019.

The parties note that the previous stay ended on May 31, 2019 and this order would set forth a new stay. The parties remain available for a teleconference should the Court have any questions or concerns on the settlement or as to reasons for delay.

The parties wish to avoid any unnecessary litigation costs that could arise in conjunction with litigating this matter before the Court in association with the above deadlines. For these reasons, the parties request that this Court enter its order staying this case for forty-five (45) days.

| DATED this 7th day of June, 2019. | DATED this 7th day of June, 2019. |
|---|---|
| **NEVADA ATTORNEY GENERAL** | **MCLETCHIE LAW** |
| */s/ Frank A. Toddre II*<br>Frank A. Toddre II, NBN 11474<br>Office of the Attorney General<br>Public Safety Division<br>555 E. Washington Ave. Ste. 3900<br>Las Vegas, NV 89101<br>*Attorney for Defendants* | */s/ Margaret A. McLetchie*<br>Margaret A. McLetchie, NBN 10931<br>Alina M. Shell, NBN 11711<br>701 East Bridger Ave., Suite 520<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiff* |

IT IS SO ORDERED.

DATED: June 7, 2019.

_____
UNITED STATES MAGISTRATE JUDGE