AARON D. FORD
  Attorney General
FRANK A. TODDRE II (Bar No. 11474)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Telephone: (702) 486-3149
Facsimile:  (702) 486-3773
E-Mail: ftoddre@ag.nv.gov
*Attorneys for Defendants Romeo Aranas, Isidro Baca,*
*Dwayne Baze, Robert Bannister, Barbara Cegavske,*
*Travis Bennett, Stephen Daniels, James Dzurenda,*
*Travis Fratis, Aaron Harroun, Daniel Henson,*
*Christopher Jones, Adam Laxalt, Valaree Olivas,*
*Brian Sandoval, Robert Schofield, Holly Skulstad,*
*Ronald Waldo, Corrections Officer White and*
*State of Nevada ex rel. Board of Prison Commissioners*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROY TROST aka DAISY MEADOWS,<br><br>                     Plaintiff,<br>v.<br><br>STATE OF NEVADA, ex rel., BOARD OF PRISON COMMISSIONERS; BRIAN SANDOVAL, In his official capacity; ADAM LAXALT, in his official capacity; BARBARA CEGAVSKE, in her official capacity; JAMES DZURENDA, in his official capacity; ISIDRO BACA in his individual capacity; ROBERT BANNISTER, in his individual and official capacity; REMO ARANAS, in his individual and official capacities; ROBERT SCHOFIELD, in his individual capacity; STEPHEN DANIELS, in his individual capacity; VALAREE OLIVAS, in her individual Capacity; DWAYNE BAZE in his individual and official capacities; RONALD RALDO in his individual and official capacities; CHRISTOPHER JONES in his individual capacity; CORRECTIONS OFFICER WHITE in his individual capcity; DANIEL HENSON, in his individual capacity; TRAVIS BENNETT in his individual capacity; AARON HARROUN, in his individual capacity; TRAVIS FRATIS, in his individual capacity; and HOLLY SKULSTAD, in her individual capacity;<br><br>                     Defendants. | Case No.  3:14-cv-00611-MMD-WGC<br><br>**STIPULATION AND ORDER TO DISMISS** |

| | |
|---|---|
| 1 | The parties to this action, by their respective counsel, having agreed to the following, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court. |

The parties to this action, by their respective counsel, having agreed to the following, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. The Court ORDERED that that the stipulation of dismissal be filed with the Court by Friday October 18, 2019. (ECF No. 218).

In submitting this stipulation, the parties are in compliance with this Court's August 21, 2019, and September 12 Minute Orders, (ECF No. 216, 218) and do not anticipate the submission of any further documents to this Court.

The parties represent and request, to the extent necessary, that any pending motions or hearings be vacated.

DATED October 16, 2019.

**NEVADA ATTORNEY GENERAL**

*/s/ Frank A. Toddre II*
Frank A. Toddre II, NBN 11474
Senior Deputy Attorney General
Public Safety Division
555 E. Washington Ave. Ste. 3900
Las Vegas, NV 89101
*Attorney for Defendants*

DATED October 16, 2019.

**MCLETCHIE LAW LLC**

*/s/Margaret A. McLetchie*
Margaret A. McLetchie, NBN 10931
Alina M. Shell, NBN 11711
701 East Bridger Ave., Suite 520
Las Vegas, NV 89101
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

DATED this 16th day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE