# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAISY LYNNE MEADOWS,<br><br>Plaintiff,<br>v.<br><br>ISIDRO BACA, *et al.*,<br><br>Defendant. | Case No. 3:14-cv-00611-MMD-WGC<br><br>ORDER |

Before the Court is Plaintiff Daisy Lynne Meadows' Motion to reopen case and for default by Defendant. (ECF No. 221.) Meadows filed this motion *pro se* even though she was represented by counsel, at least at the time of dismissal in October 2019. A party who is represented by counsel may not appear or act in the case under Local Rule IA 11-6(a). Moreover, the Court dismissed this case pursuant to the parties' stipulation on October 16, 2019. (ECF No. 220.)

It is therefore ordered that Meadows' motion (ECF No. 221) is denied.

DATED THIS 15th Day of June 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE